# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JIMMY SCOTT ELKINS,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:12CV00058 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Respondent. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that this petition for a writ of habeas corpus under 28 U.S.C.A. § 2241, is DISMISSED without prejudice, and the action is stricken from the active docket.

ENTER:   March 23, 2012

/s/  James P. Jones
United States District Judge